| Fill in this information to identify the case: | |
|---|---|
| Debtor | **SIRIUS PROPERTIES CORP** |
| United States Bankruptcy Court for the | **District of Puerto Rico** |
| Case number (If known) | |

Check if this is:
☐ An amended filing

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   SIRIUS PROPERTIES CORP

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PR 169 KM 2.7** | **405 ESMERALDA AVE** |
| Number   Street | Number   Street |
| **BARRIO CAMARONES** | **SUITE 2158** |
| **Guaynabo PR 00966** | **Guaynabo PR 00969** |
| City, State, ZIP Code | City, State, ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Guaynabo** | N/A |
| County | |

**5. Debtor's website (URL)**

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other: Specify **N/A**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    Page 1

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.00 (amount subject to adjustment on 04/01/2025 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☒ No
- ☐ Yes  District **N/A**  When ____ MM/DD/YYYY  Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes  Debtor **N/A**  Relationship ____
  District ____  When ____ MM/DD/YYYY  Case number ____

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention.

## Part 2: Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000 - 5,000
☐ 5,001 - 10,000
☐ 10,001 - 25,000

☐ 25,001 - 50,000
☐ 50,001 - 100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0 to $50,000
☐ $50,001 to $100,000
☐ $100,001 to $500,000
☒ $500,001 to $1 million

☐ $1,000,001 to $10 million
☐ $10,000,001 to $50 million
☐ $50,000,001, to $100 million
☐ $100,000,001 to $500 million

☐ $500,000,001 to $1 billion
☐ $1,000,000,001 to $10 billion
☐ $10,000,000,001 to $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 to $50,000
☐ $50,001 to $100,000
☐ $100,001 to $500,000
☒ $500,001 to $1 million

☐ $1,000,001 to $10 million
☐ $10,000,001 to $50 million
☐ $50,000,001, to $100 million
☐ $100,000,001 to $500 million

☐ $500,000,001 to $1 billion
☐ $1,000,000,001 to $10 billion
☐ $10,000,000,001 to $50 billion
☐ More than $50 billion

## Part 3: Request for Relief, Declaration, and Signatures

**WARNING** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ GREGORIO HERNANDEZ JIMENEZ                           06/10/2022
PRESIDENT, authorized representative of SIRIUS PROPERTIES CORP     MM/DD/YYYY

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**18. Signature of Attorney**

/s/ Carlos Alberto Ruiz                                    06/10/2022
Attorney for Debtor(s)                                     MM/DD/YYYY

**Carlos Alberto Ruiz**
Printed name
**LCDO. CARLOS ALBERTO RUIZ, CSP**
Firm name
**PO Box 1298**
Number   Street

**Caguas PR 00726**
City, State, ZIP Code

**787-286-9775**                            **carlosalbertoruizquiebras@gmail.com**
Contact phone                                Email address
**210009**
Bar number

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor **SIRIUS PROPERTIES CORP**

United States Bankruptcy Court for the **District of Puerto Rico**

Case number
(If known)

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the Claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|
| **1** CRIM PO BOX 195387 San Juan, PR 00919-5387 | CRIM PO BOX 195387 San Juan, PR 00919-5387 | Taxes | | | | $75,000.00 |
| **2** MUNICIPIO AUTONOMO DE GUAYNABO APARTADO 7885 Guaynabo, PR 00970 | MUNICIPIO AUTONOMO DE GUAYNABO APARTADO 7885 Guaynabo, PR 00970 | Taxes | | | | $5,000.00 |
| **3** MMG I PR CR LLC 3144 S WHINTON Rochester, NY 14623 | MMG I PR CR LLC 3144 S WHINTON Rochester, NY 14623 | Business Loan Mortgage | Unliquidated | $652,650.00 | $650,000.00 | $2,650.00 |

There are fewer than 20 unsecured creditors in this case.

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor **SIRIUS PROPERTIES CORP** | EIN | – |
| United States Bankruptcy Court for the **District of Puerto Rico** | Date case filed for chapter 11 | UNKNOWN<br>MM / DD / YYYY] |
| Case number<br>(If known) | | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Case     02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | | | |
|---|---|---|---|---|
| | SIRIUS PROPERTIES CORP | | | |
| 2. | **All other names used in the last 8 years** | | | |
| | N/A | | | |
| 3. | **Address** | | | |
| | PR 169 KM 2.7<br>BARRIO CAMARONES<br>Guaynabo, PR 00966 | | | |
| 4. | **Debtor's Attorney**<br>Name and address | Carlos Alberto Ruiz<br>LCDO. CARLOS ALBERTO RUIZ, CSP<br>PO Box 1298<br><br>Caguas PR, 00726<br>Bar number: 210009 | Contact phone<br>Email | 787-286-9775<br>carlosalbertoruizquiebras@gmail.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address<br><br>You may inspect all records filed in this case at this office or online at www.pacer.gov | JOSE V TOLEDO FED BLDG & US COURTHOUSE<br>300 RECINTO SUR STREET ROOM 109<br>San Juan, PR 00901 | Hours open<br><br>Contact phone | 8:00 AM - 4:00 PM<br><br>787-977-6000 |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

| | | | |
|---|---|---|---|
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br><br>Creditors may attend but are not required to do so. | UNKNOWN at TBS<br><br>The meeting may be continued or adjourned to a laster date. If so, the date will be on the court docket. | Location:<br>TBS |
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:**      Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed, contingent,* or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** UNKNOWN | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. | **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor **SIRIUS PROPERTIES CORP**

United States Bankruptcy Court for the **District of Puerto Rico**

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement disclosing additional payments or agreements as of

Form BKA-2030
# Disclosure of Compensation of Attorney for Debtor                12/15

Use this procedural form, if desired, to disclose the matters enumerated in 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b).

Disclosure is required within 14 days after the order for relief or another time as the court may direct. A supplemental disclosure is required within 14 days after any payment or agreement not previously disclosed.

**Attach a copy of the retainer agreement, if any.**

## Part 1: Compensation

| | |
|---|---|
| For legal services, I have agreed to accept........................... | **$275.00 PER HOUR** |
| Prior to the filing of this statement I have received | |
| Retainer for legal services............................................... | **$6,000.00** |
| Retainer for expenses, including the court filing fee ...... | **$1,738.00** |
| Balance Due ...................................................................... | **To be determined** |

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify)    ☐ N/A

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

## Part 2: Services

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. ~~Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.~~

   b. ~~Preparation and filing of any petition, schedules, statement of affairs and plan that may be required.~~

   c. ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.~~

   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters.~~

   e.

f.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    **(None)**

7. A copy of my retainer agreement ☐ is  ☒ is not attached.

## Part 3:    Certification

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

/s/ Carlos Alberto Ruiz                                                   06/10/2022
Carlos Alberto Ruiz (LCDO. CARLOS ALBERTO RUIZ, CSP)                      Date

# United States Bankruptcy Court
## District of Puerto Rico
## Old San Juan Division

In re: **SIRIUS PROPERTIES CORP**　　　　　　　　　　Case No.

## VERIFICATION OF CREDITOR MATRIX

I(we) verify that the attached list of creditors and the matrix file to be uploaded in this case are true and complete to the best of my(our) knowledge.

/s/ GREGORIO HERNANDEZ JIMENEZ　　　　　　　　　　06/10/2022
GREGORIO HERNANDEZ JIMENEZ
PRESIDENT of SIRIUS PROPERTIES CORP　　　　　　　　Date

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

```
CORPORACION DEL FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN, PR   00936-5028

CRIM
PO BOX 195387
SAN JUAN, PR   00919-5387

DEPARTAMENTO DE HACIENDA DE PR
PO BOX 1055
CAGUAS, PR   00726-1055

DEPARTAMENTO DE TRABAJO Y RECURSOS HUMANOS
PO BOX 195540
SAN JUAN, PR   00919-5540

INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA, PA   19101-7346

LCDO. FRANCISCO J FERNANDEZ CHIQUES
PO BOX 9749
SAN JUAN, PR   00908

MMG I PR CR LLC
3144 S WHINTON
ROCHESTER, NY   14623

MUNICIPIO  AUTONOMO DE GUAYNABO
APARTADO 7885
GUAYNABO, PR   00970

MUNICIPIO DE SAN JUAN
PO BOX 4355
SAN JUAN, PR   00901-4355
```

# United States Bankruptcy Court
## District of Puerto Rico

In re: **SIRIUS PROPERTIES CORP**        Case No.

Chapter **11**

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Fed. R. Bankr. P. 1007(a)(1), the Debtor declares as follows:

☐ The debtor is a corporation that is a governmental unit and is therefore not required to provide a statement of ownership.

☒ No corporation, other than a governmental unit, directly or indirectly owns 10% or more of any class of the debtor's equity interests:

☐ The following is a list of every corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the debtor's equity interests:

I, the PRESIDENT of the above named Debtor, declare under penalty of perjury that I have read the foregoing Statement of Corporate Ownership and that it is true and correct to the best of my information and belief.

/s/ GREGORIO HERNANDEZ JIMENEZ        06/10/2022
PRESIDENT        Date

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.